AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

— OFFENSE CHARGED —

8 USC Section 1326: Illegal Reentry By Alien After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximums: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; deportation from the United States.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUL 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —
▶ JUAN ALARCON-BAUMEA

DISTRICT COURT NUMBER
CR 08 0508 SI

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)
ICE, Deportation Officer Cesar Lopez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 08-70453 MEJ

Name and Office of Person Furnishing Information on this form: AUSA Nat Cousins
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Nat Cousins

— DEFENDANT —

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☒ Yes   ☐ No   } If "Yes" give date filed 7/18/08

DATE OF ARREST ▶ Month/Day/Year 7/17/08
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**SI**

**CR 08  0508**

JUAN ALARCON-BAUTISTA

DEFENDANT(S).

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____ Foreman

Filed in open court this 29th day of July, 2008

**Brenda Tolbert**

Clerk

**Maria Elena James**
**United States Magistrate Judge** Bail, $ No process

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7

**FILED**

JUL 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,      ) No.
12 |     Plaintiff,                  ) CR 08 0508
13 |     v.                          ) VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation
14 | JUAN ALARCON-BAUTISTA,          ) SAN FRANCISCO VENUE
   |     a/k/a Ernesto Bautista-Perez, and
15 |     a/k/a Sergio Vasquez Lucas, )
16 |     Defendant.                  )

**SI**

### INDICTMENT

The Grand Jury charges:

On or about June 23, 2000, July 25, 2001, March 4, 2002, July 2, 2002, October 28, 2003, August 13, 2004, November 15, 2004, March 9, 2005, February 21, 2006, March 31, 2006, April 29, 2006, May 9, 2006, May 16, 2006, November 1, 2006, November 7, 2006, December 2, 2006, and February 16, 2008, the defendant,

JUAN ALARCON-BAUTISTA,
a/k/a Ernesto Bautista-Perez, and
a/k/a Sergio Vasquez Lucas,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about June 20, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary of the Department of Homeland Security

INDICTMENT

1  not having expressly consented to a re-application by the defendant for admission into the
2  United States, in violation of Title 8, United States Code, Section 1326.
3
4  DATED: _____7/29/08_____          A TRUE BILL.
5
6                                                   /s/ Angela Musemeche
                                                    FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9  /s/ Kyle F. Waldinger
10 KYLE WALDINGER
   Deputy Chief, Major Crimes Section
11
12 (Approved as to form: /s/ Nat
                         AUSA COUSINS

INDICTMENT
2