JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7368
Facsimile: (415) 436-7234
E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0508 PJH |
| Plaintiff, | *and related case* |
| v. | No. CR 07-0267 PJH |
| JUAN ALARCON-BAUTISTA, | **STIPULATION REQUESTING DATE FOR INITIAL APPEARANCES; and PROPOSED ORDER** |
| Defendant. | |

The government and defendant's counsel jointly request that this matter be placed on the Court's calendar as follows:

- Wednesday, August 13, 2008, 9:30 a.m., before Duty Magistrate Judge Joseph Spero, for initial appearance on the Form 12 Supervised Release violation in case CR 07-0267; and,

- Wednesday, August 13, 2008, 1:30 p.m., before Judge Phyllis Hamilton, for initial appearance in both related cases, CR 08-0508 and 07-0267.

STIPULATION
CR 08-0508 PJH & CR 07-0267 PJH

1  The reason for this request is that on July 31, 2008, the Court ordered these cases
2  related and vacated the initial appearance that had been scheduled before Judge Illston for
3  August 15.
4  If the requested dates are not available, the parties respectfully request that the
5  Court place this matter on calendar for the next available date after August 13. A
6  Proposed Order is attached.

8  DATED: August 6, 2008         Respectfully submitted,

9                                JOSEPH P. RUSSONIELLO
                                  United States Attorney

11                                /s/ Nat Cousins
                                  NATHANAEL M. COUSINS
                                  Assistant United States Attorney

13                                *Stipulated by*,

14                                /s/ Elizabeth Falk [by NMC]
                                  ELIZABETH FALK
                                  Assistant Federal Public Defender
15                                Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0508 PJH |
| | ) | |
| Plaintiff, | ) | *and related case* |
| | ) | |
| v. | ) | No. CR 07-0267 PJH |
| | ) | |
| JUAN ALARCON-BAUTISTA, | ) | |
| | ) | **[PROPOSED] ORDER** |
| Defendant. | ) | |
| _____ | ) | |

The Court has considered the Stipulation filed by the parties on August 6, 2008, and ORDERS that this matter be placed on the Court's calendar as follows:

- Wednesday, August 13, 2008, 9:30 a.m., before Duty Magistrate Judge Joseph Spero, for initial appearance on the Form 12 Supervised Release violation in case CR 07-0267; and,

- Wednesday, August 13, 2008, 1:30 p.m., before Judge Phyllis Hamilton, for initial appearance in both related cases, CR 08-0508 and 07-0267.

Date: _____          _____

United States District Court Judge

Proposed Order
CR 08-0508 PJH & CR 07-0267 PJH