1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0508 PJH |
|---|---|---|
| Plaintiff, | ) | *and related case* |
| v. | ) | No. CR 07-0267 PJH |
| JUAN ALARCON-BAUTISTA, | ) | **[PROPOSED] ORDER** |
| Defendant. | ) | |

The Court has considered the Stipulation filed by the parties on August 6, 2008, and ORDERS that this matter be placed on the Court's calendar as follows:

- Wednesday, August 13, 2008, 9:30 a.m., before Duty Magistrate Judge Joseph Spero, for initial appearance on the Form 12 Supervised Release violation in case CR 07-0267; and,

- Wednesday, August 13, 2008, 1:30 p.m., before Judge Phyllis Hamilton, for initial appearance in both related cases, CR 08-0508 and 07-0267.

Date: 8/8/08   _____

United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Proposed Order
CR 08-0508 PJH & CR 07-0267 PJH