1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: nat.cousins@usdoj.gov

8

9  Attorneys for the United States

10

11                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA
12
                   SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )    No. CR 08-0508 PJH
                                     )
15        Plaintiff,                 )    *and related case*
                                     )
16     v.                            )    No. CR 07-0267 PJH
                                     )
17  JUAN ALARCON-BAUTISTA,           )    **STIPULATION WAIVING PRE-
                                     )    SENTENCE REPORT AND**
18        Defendant.                 )    **REQUESTING EXPEDITED
                                     )    SENTENCING**
19  _____ )

20        Whereas this case is scheduled for Wednesday, August 13, 2008, at 1:30 p.m. for

21  trial setting before Judge Hamilton; the parties anticipate entry of a Plea Agreement at

22  that hearing; and the parties have agreed to expedited sentencing without need of a

23  presentence report; the parties stipulate as follows:

24        1.     Under Federal Rule of Criminal Procedure 32(c)(1)(A)(ii) and Criminal

25  Local Rule 32-1(b), the defendant waives his right to a presentence report and the parties

26  agree that the information in the record – including the presentence report for defendant

27  dated June 13, 2007 in case CR 07-0267 and the Judgment in a Criminal Case dated July

28

STIPULATION
CR 08-0508 PJH & CR 07-0267 PJH

1   13, 2007 – enable the Court to meaningfully execute its sentencing authority under 18

2   U.S.C. § 3553 without need for a presentence report.

3       2.      Furthermore, under Federal Rule of Criminal Procedure 32(b)(2), the

4   parties agree that there is good cause for the expedited sentencing of the defendant upon

5   entry of his Plea Agreement, in that the Court may consider the defendant's presentence

6   report dated June 13, 2007.

7       For the foregoing reasons, the parties respectfully request that the Court sentence

8   the defendant on an expedited basis on August 13, 2008 (or on a future date to be selected

9   by the Court) and without need for a further presentence report.

10

11  DATED: August 11, 2008                    Respectfully submitted,

12                                            JOSEPH P. RUSSONIELLO
                                              United States Attorney
13
                                              /s/ Nat Cousins
14                                            NATHANAEL M. COUSINS
                                              Assistant United States Attorney
15
                                              *Stipulated by*,
16
                                              /s/ Elizabeth Falk [by NMC]
17                                            ELIZABETH FALK
                                              Assistant Federal Public Defender
18                                            Counsel for Defendant

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

6   UNITED STATES OF AMERICA,        )        No. CR 08-0508 PJH
                                     )
7        Plaintiff,                  )        *and related case*
                                     )
8      v.                            )        No. CR 07-0267 PJH
                                     )
9   JUAN ALARCON-BAUTISTA,           )        **[proposed] ORDER GRANTING
                                     )        STIPULATION WAIVING PRE-**
10       Defendant.                  )        **SENTENCE REPORT AND**
                                     )        **REQUESTING EXPEDITED**
11  _____  )        **SENTENCING**

12

13           The Court has considered the Stipulation Waiving Presentence Report and

14  Requesting Expedited Sentencing.  The Court finds under Federal Rule of Criminal

15  Procedure 32(c)(1)(A)(ii) and Criminal Local Rule 32-1(b) that the defendant has

16  knowingly and voluntarily waived his right to a presentence report and also finds that the

17  information in the record – including the presentence report for defendant dated June 13,

18  2007 in case CR 07-0267 and the Judgment in a Criminal Case dated July 13, 2007 –

19  enable the Court to meaningfully execute its sentencing authority under 18 U.S.C. § 3553

20  without need for a presentence report.  Accordingly, the Court finds good cause to

21  sentence the defendant on an expedited basis upon the entry of his guilty plea.

22

23  DATED: _____, 2008

24                                            _____
                                             Hon. Phyllis J. Hamilton
25                                           UNITED STATES DISTRICT COURT JUDGE

26

27

28

[proposed] ORDER
CR 08-0508 PJH & CR 07-0267 PJH