UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** August 13, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:**   CR-08-508 PJH
              CR-07-267 PJH

**Case Name:**   UNITED STATES   v.   JUAN ALARCON-BAUTISTA (C)(Spanish Int.)

**Attorney for Plaintiff:**   Nat Cousins
**Attorney for Defendant:**   Elizabeth Falk

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Katherine Sullivan

**Interpreter:** Monique Inciarte (Spanish)          **Probation Officer:** Octavio Magana

PROCEEDINGS

Change of Plea-Held. The court informs the parties that the sentence agreed to by the parties in the plea agreement will not be accepted by the court without a presentence report. The expedited sentencing will not go forward today. The defendant is sworn. The plea agreement is signed and filed in court. The court finds the defendant fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant admits to violations one, two and three in the form 12. The admissions are accepted by the court. The defendant enters a plea of guilty as to the sole count in the Indictment. The plea is accepted by the court. The defendant is adjudged guilty of the offenses. The case is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO:** October 29, 2008 at 1:30 p.m. for Sentencing .

**cc:**   chambers